IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR151 |
| | ) | |
| | ) | 8:13CR152 |
| vs. | ) | |
| | ) | |
| VERNON GILBERT WOLFE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the consolidated motion for an extension of time by defendant Vernon Gilbert Wolfe (Wolfe) (Filing No. 23 in 8:13CR151 and Filing No. 20 in 8:13CR152) in each of the above captioned cases. Wolfe seeks until August 1, 2013, in which to file pretrial motions in accordance with the progression orders. Wolfe's counsel represents that government's counsel has no objection to the motions. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendant Wolfe's motions for an extension of time (Filing No. 23 in 8:13CR151 and Filing No. 20 in 8:13CR152) are granted. Wolfe is given until **on or before August 1, 2013,** in which to file pretrial motions pursuant to the progression orders. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., **the time between July 3, 2013, and August 1, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the cases, taking into consideration due diligence of counsel, and the novelty and complexity of this cases. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 3rd day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge