

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

PO Box 1600
Butner, North Carolina 27509-1600
(919)575-3900

June 20, 2014

The Honorable Thomas D. Thalken
District of Nebraska
Roman L. Hruska Federal Courthouse
111 South 18th Plaza, Suite 2271
Omaha, Nebraska  68102

RE:  WOLFE, Vernon Gilbert
Register Number:  25450-047
Docket Number:    8:13CR151, 8:13CR152

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 20 2014
OFFICE OF THE CLERK
```

Dear Judge Thalken:

The above-referenced individual was admitted to the Mental Health Unit of this facility on June 11, 2014 pursuant to the provisions of Title 18, United States Code, Section 4246(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Wolfe, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for an additional 30 days. If this request is granted, the evaluation period will end on August 23, 2014. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist at (919) 575-3900 extension 6030.

Respectfully,

Kenny Atkinson
Complex Warden

(GRANTED) DENIED (Circle One)

Signature: _____   DATE: 6/20/14
~~District~~ Magistrate Judge Thomas D. Thalken

cc:  Douglas R. Semisch, Assistant United States Attorney
     Shannon O'Connor, Defense Attorney