IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR151 and 8:13CR152 |
| | ) | |
| V. | ) | |
| | ) | |
| VERNON GILBERT WOLFE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A hearing was held today. The defendant having been found to be incompetent to stand trial and there being no likelihood that he will become competent, and the defendant having been certified as not posing a substantial risk to person or property, pursuant to the provisions of 18 U.S.C. § 4246,

IT IS ORDERED that:

1.      The defendant is discharged from custody.

2.      These cases are dismissed without prejudice.

DATED this 24th day of September, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge